# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
June 7, 2019

Lyle W. Cayce
Clerk

No. 18-51052
Summary Calendar

GEORGE OTTO CARL RILEY,

                    Plaintiff−Appellant,

versus

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                    Defendant−Appellee.

Appeal from the United States District Court
for the Western District of Texas
No. 6:17-CV-265

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

George Riley, *pro se*, appeals a judgment denying review of the final

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-51052

action of the Acting Commissioner of Social Security rejecting his claim for Title II disability benefits. The magistrate judge issued a detailed and persuasive fifteen-page Report and Recommendation advising that the final decision of the Commissioner should be affirmed. Over Riley's objection, the district court accepted and adopted the Report and Recommendation and sustained the administrative law judge's denial of benefits.

We have reviewed the applicable law, the briefs, and pertinent parts of the administrative record. There is no reversible error. The judgment is AFFIRMED, essentially for the reasons advanced by the magistrate judge.